UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SONIA CESPEDES, as personal
representative of the Estate of
Elio Acosta,

                    Plaintiff,

vs.                         Case No.   2:05-cv-240-FtM-33SPC

SCOTTSDALE INSURANCE COMPANY and
CYPRESS TRUCKING, INC.,

                    Defendant.

_____

## ORDER

    This matter comes before the Court on Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. # 26) filed on October 14, 2005, recommending that Plaintiff Sonia Cespedes's Motion for Remand (Doc. # 9) be GRANTED and Defendant Scottsdale Insuranc Company, Inc.'s Motion to Dismiss the Amended Petition for Declaratory Judgment (Doc. # 14) be DENIED as moot without prejudice.   The Defendant filed Objections to the Report and Recommendation (Doc. # 27) on October 21, 2005.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1);   Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).   A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection

is made."   28 U.S.C. § 636(b)(1)(C).   This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." <u>Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga.</u>, 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).

For those issues that have not been specifically objected to, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.   28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection.   <u>See Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law and those matters to which objections were filed, the Court accepts the factual findings and legal conclusions of the magistrate judge.   The Court therefore accepts the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #14) is **ACCEPTED** and **ADOPTED** and Plaintiff's Objections to the Report and Recommendation (Doc. #15)

are **OVERRULED**.

   **DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this <u>7th</u>

day of November, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record